[No. 46740-2-II.   Division Two.   May 17, 2016.]

*In the Matter of the Marriage of* KATRINA LEE BEARDSLEE, *Appellant*, and STEVEN F. BEARDSLEE, JR., *Respondent*.

Appeal from judgments of the Superior Court for Grays Harbor County, No. 12-3-00144-8, Gordon Godfrey, J., entered September 6, 2013, and F. Mark McCauley, J., entered September 10, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Sutton, J.

[No. 47000-4-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME CEASAR ALVERTO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02214-1, Kitty-Ann van Doorninck, J., entered November 26, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Johanson and Melnick, JJ.

[No. 47009-8-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ADAM HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01301-9, Robert A. Lewis, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 47017-9-II.   Division Two.   May 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ELLIS CROCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04758-8, John R. Hickman, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Melnick and Sutton, JJ.